IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN M. AVDEEF, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:24-cv-1029-S-BN |
| | § | |
| LINDSAY NICOLE COLE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

Plaintiffs Stephen M. Avdeef and Melissa A. Avdeef filed a *pro se* complaint in the Eastern District of Texas styled as an application for a writ of habeas corpus and claim for relief under 42 U.S.C. § 1983 relating to a family law matter in Hunt County. *See* Dkt. No. 1. The case was transferred to this Court. *See* Dkt. No. 4. And United States District Judge Karen Gren Scholer referred this lawsuit to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The Avdeefs paid the statutory filing fee and, by doing so, undertook the obligation (1) to properly serve each defendant with a summons and the complaint in compliance with Federal Rule of Civil Procedure 4 or (2) to obtain a waiver of service from each defendant. *See* FED. R. CIV. P. 4(e); FED. R. CIV. P. 4(h) (setting forth procedures for serving individuals and a corporation, partnership, or association); *see also* FED. R. CIV. P. 4(d) (regarding a defendant's waiving service).

And, as to each defendant, the Avdeefs were required by the ninetieth day after the filing of this action (on April 23, 2024) that was not a Saturday, Sunday, or legal

holiday – which was Monday, July 22, 2024 – to file with the Court, as applicable, a proof of service in accordance with Federal Rule of Civil Procedure 4(*l*) or an executed waiver of service. *See* FED. R. CIV. P. 4(m).

Because the Avdeefs did not do so – or otherwise contact the Court to request an extension of time to do so – this case is now subject to dismissal without prejudice unless the Avdeefs file a motion for an extension of time under Rule 4(m) showing (1) good cause for the failure to serve by the deadline and (2) good cause for the Court to extend the time for service for an appropriate, specified period.

The Avdeefs must therefore file a written response to this order to make these showings by **December 20, 2024** to avoid a recommendation that this lawsuit be dismissed without prejudice. *See* FED. R. CIV. P. 4(m); FED. R. CIV. P. 41(b).

SO ORDERED.

DATED: November 21, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

- 2 -