# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN M. AVDEEF, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1029-S-BN |
| | § | |
| LINDSAY NICOLE COLE, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the complaint is **DISMISSED WITHOUT PREJUDICE** under Federal Rules of Civil Procedure 4(m) and 41(b).

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED January 22, 2025.

_____
**UNITED STATES DISTRICT JUDGE**